MICHAEL McGINN, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued October 2, 1877; decided October 9, 1877.)

*William F. Howe*, for plaintiff in error.

*Benj. K. Phelps*, for defendants in error.

Agree to affirm on opinion of court below.

All concur, except FOLGER and MILLER, JJ., absent.

Judgment affirmed.